JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED
2008 APR 18 P 1:21
E-FILING
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00254 PVT |
| Plaintiff, | VIOLATIONS: 18 U.S.C. 13 Assimilating CVC 14601.2(a) – Driving When Privilege Suspended or Revoked for Driving Under the Influence. |
| vs. | |
| JUAN RAMON GAITAN, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: 18 U.S.C. Section 13 Assimilating CVC 14601.2(a) – Driving When Privilege Suspended or Revoked for Driving Under the Influence.

On or about 7 November, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

JUAN RAMON GAITAN,

1

1  did unlawfully drive a motor vehicle at a time when his driving privileges were suspended or
2  revoked for a conviction of a violation of Section 23152 or 23153, and when he had knowledge
3  of said suspension. This was in violation of Title 18 United States Code, Section 13 Assimilating
4  California Vehicle Code 14601.2(a), a Class B misdemeanor.

6  DATED: 4/17/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

12  (Approved as to form: _____)
CPT Robert N. Michaels
SAUSA

INFORMATION
United States of America v. Juan Ramon Gaitan

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

*FILED 2008 APR 18 P 1:21 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA. S.J.*

*CR-08-00254 PVT*

**OFFENSE CHARGED**
See attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

*E-FILING*

DEFENDANT — U.S. vs. JUAN RAMON GAITAN

Address: PO Box 423, King City, CA 93930

Birth Date: _____   ☑ Male  ☐ Female   ☐ Alien (if applicable)

(Optional unless a juvenile)

Place of offense: Fort Hunter Liggett, CA
U.S.C. Citation: See attached sheet

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): _____

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes," show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. ___ Day ___ Year ___

**DATE OF ARREST** ▶ _____

Or . . . if Arresting Agency & Warrant were not Federal
**DATE TRANSFERRED TO U.S. CUSTODY** ▷ Mo. ___ Day ___ Year ___

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Seeborg on 2 June, 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. GAITAN

**COUNT ONE:** 18 U.S.C., Sec. 13, assimilating CVC 14601.2(A) – Driving while suspended or revoked for DUI.

      Penalties:    Mandatory Minimum:
                              10 days imprisonment in county jail.
                              $300 fine

                        Maximum Penalties:
                              6 months imprisonment in county jail.
                              $1,000 fine