AO 245B (Rev. 6/05 - Judgment in a Criminal Case

# United States District Court
## Northern District of California

**UNITED STATES OF AMERICA**
v.
**JUAN RAMON GAITAN**

**JUDGMENT IN A CRIMINAL CASE**

USDC Case Number: CR-08-00254-001 PVT
BOP Case Number: DCAN708CR000254-001
USM Number:
Defendant's Attorney: Nicholas Humy, Assistant Public Defender

**THE DEFENDANT:**

[x]  pleaded guilty to count(s): <u>ONE of the Information</u> .
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

**FILED**
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §13, assimilating California Vehicle Code Section 14601.2(a) | Driving When Privilege Suspended or Revoked for Driving Under the Influence. | November 7, 2007 | One |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___.

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

August 4, 2008
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable Howard R. Lloyd, U. S. Magistrate Judge
Name & Title of Judicial Officer

8/6/08
Date

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT:     JUAN RAMON GAITAN                         Judgment - Page 2 of 2
CASE NUMBER:   CR-08-00254-001 PVT

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 2.

|         | Assessment | Fine     | Restitution |
|---------|------------|----------|-------------|
| Totals: | $ 0.00     | $ 500.00 | $ 0.00      |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.